UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 20-071 |
| Plaintiff, | ) Dist. Mass. No. 16-10310 |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ELMER GUDIEL-SANTOS, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>: Supervised Release Violations

<u>Date of Detention Hearing</u>: February 18, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was arrested in this District pursuant to an arrest warrant issued by the District of Massachusetts for violating the conditions of supervised release. Defendant was

DETENTION ORDER
PAGE -1

not interviewed by Pretrial Services, so his background information is unknown or unverified. Defendant is a citizen of Guatemala without legal status in the United States. His criminal record includes prior convictions for unlawful reentry. An active, extraditable warrant has been issued from the State of California for domestic violence assault. Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on Guatemalan citizenship, lack of legal status, unknown or unverified background information, prior illegal reentry convictions, use of alias names, and a pending warrant. Defendant poses a risk of danger based on criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 18th day of February, 2020.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3